D/F

At a Term of the
United States District
Court For the Eastern
District of New York at
Courthouse thereof, on
the 17th of May, 2006

Present: Hon. Alleyne Ross

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA
         -against-                                  ORDER: CR05 0850

ERROL ANDERSON and
JOHN GARDNER
                Defendants
----------------------------------X

STATE OF NEW YORK)
                 )ss.:
COUNTY OF KINGS  )

Now on reading and filing the affirmation of Alan I. Stutman, attorney for the defendant herein, in support of the application and upon all the papers filed herein, and due deliberation having been had thereon, it is

ORDERED that defendant Errol Anderson may leave the State of New York, to attend to matters concerning the death of his sister, who died on May 16, 2006. That defendant herein may travel to Jamaica, West Indies, where his sister died and will be buried. That the defendant will return to New York before ~~July 5~~ June 16, 2006.

Enter,

c/m

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA						AFFIRMATION

        Plaintiff,

    -against-							CR 05 0850

ERROL ANDERSON
        And
JOHN GARDNER
        Defendants
---------------------------------X

STATE OF NEW YORK)
         )ss.:
COUNTY OF KINGS  )

    Alan I. Stutman, an attorney at Law and the Attorney of record herein does affirm the following under the penalty of perjury:

    That Errol Anderson is a defendant herein. That on May 16, 2006, Mr. Anderson's sister, Carmen Anderson, died. That the deceased died in Jamaica, West Indies, and will be buried there. That the defendant will travel to Jamaica, West Indies, to make preparations for and to attend the funeral of his sister.

Dated: Brooklyn, New York
      May 17, 2006

                                                    ALAN I. STUTMAN

# FACSIMILE TRANSMISSION

## ALAN I. STUTMAN ESQ.
Attorney at Law
50 Court Street, Suite 501
Brooklyn, New York 11201
Tel no. 718 875 3452 - Fax no. 718 875 3947

Date: May 17, 2006

To: Hon. Alleyne Ross: Justice of the United States District Court for the Eastern District of New York

Fax #: 718-613-2386

Pages; 3
(including cover)

## MESSAGE